THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 
 

v.

 
 
 
 Wayne Franklin Blackwell, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-090
Submitted December 23, 2003  Filed February 13, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Pachak, of 
 SC Office of Appellate Defense, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, 
 Tommy Evans Legal Counsel, and J. Benjamin Aplin, Legal Counsel, South Carolina 
 Department of Probation, Parole and Pardon Services, all of Columbia, for Respondent.
 
 
 

 PER CURIAM: Wayne Franklin Blackwell appeals 
 an order revoking his probation.  His counsel attached to the final brief of 
 the appellant a petition to be relieved as counsel, stating he had reviewed 
 the record of the probation revocation hearing and concluded Blackwells appeal 
 is without merit.  Blackwell did not file a pro se response. 
After a review of the record pursuant to Anders 
 v. California [1] 
 and State v. Williams, [2] we dismiss Blackwells appeal and 
 grant counsels petition to be relieved. 
 [3] 
APPEAL DISMISSED.
GOOLSBY, HOWARD and KITTREDGE, JJ., concur.

 
 [1] 386 U.S. 738 (1967).

 
 [2] 305 S.C. 116 (1991).

 
 [3] Because oral argument 
 would not aid the court in resolving any issue on appeal, we decide this case 
 without oral argument pursuant to Rules 215, and 220(b)(2), SCACR.